UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STACY EARL STITH, ) | |
| ) | |
| Petitioner, ) | CASE NO. C11-359-JLR-MAT |
| ) | |
| v. ) | |
| ) | ORDER GRANTING PETITIONER'S |
| UNITED STATES OF AMERICA, ) | MOTION FOR EXTENSION OF TIME |
| ) | |
| Respondent. ) | |
| ) | |

The Court, having considered petitioner's motion for an extension of time to file a response to the government's answer to petitioner's § 2255 motion, and the balance of the record, does hereby find and ORDER:

(1) Petitioner's unopposed motion for an extension of time to file a response (Dkt. No. 13) is GRANTED. Petitioner is directed to file and serve his response not later than July 1, 2011.

(2) Petitioner's § 2255 motion (Dkt. No. 1) is RE-NOTED on the Court's calendar for consideration on July 8, 2011. The government must file any reply brief by that date.

(3) The Clerk is directed to send copies of this Order to petitioner, to the United

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME
PAGE - 1

01  States Attorney, and to the Honorable James L. Robart.

02      DATED this 2nd day of June, 2011.

04                                    /s/ Mary Alice Theiler
                                      Mary Alice Theiler
05                                    United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME
PAGE - 2