UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STACY EARL STITH,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. C11-0359-JLR-MAT

ORDER GRANTING PETITIONER'S SECOND MOTION FOR EXTENSION OF TIME

The Court, having considered petitioner's second motion for an extension of time to file a response to the government's answer to petitioner's § 2255 motion, and the balance of the record, does hereby find and ORDER:

(1) Petitioner's second motion for an extension of time to file a response (Dkt. No. 15) is GRANTED. Petitioner indicates in his motion that he requires a brief period of additional time to file his response because he has been unable to make necessary copies of his materials at his institution. Petitioner's request appears reasonable. Petitioner is directed to file and serve his response not later than July 25, 2011.

/ / /

ORDER GRANTING PETITIONER'S
SECOND MOTION FOR EXTENSION
OF TIME
PAGE - 1

01       (2)    Petitioner's § 2255 motion (Dkt. No. 1) is RE-NOTED on the Court's calendar
02 for consideration on July 29, 2011. The government must file any reply brief by that date.

03       (3)    The Clerk is directed to send copies of this Order to petitioner, to the United
04 States Attorney, and to the Honorable James L. Robart.

05      DATED this <u>15th</u> day of July, 2011.

07                                       Mary Alice Theiler
08                                        United States Magistrate Judge