01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  STACY EARL STITH,                    )
                                         )
09              Petitioner,              )     CASE NO.   C11-359-JLR-MAT
                                         )
10        v.                             )
                                         )     ORDER GRANTING PETITIONER'S
11  UNITED STATES OF AMERICA,            )     THIRD MOTION FOR EXTENSION
                                         )     OF TIME
12              Respondent.              )
    _____ )
13

14        The Court, having considered petitioner's third motion for an extension of time to file a

15  response to the government's answer to petitioner's § 2255 motion, and the balance of the

16  record, does hereby find and ORDER:

17        (1)     Petitioner's third motion for an extension of time to file a response (Dkt. No. 17)

18  is GRANTED.   Petitioner submitted his response together with his third motion for extension

19  of time and that brief has been accepted for filing.

20        (2)     Petitioner's § 2255 motion (Dkt. No. 1) is RE-NOTED on the Court's calendar

21  for consideration on September 9, 2011.   The government must file any reply brief by that

22  date.

ORDER GRANTING PETITIONER'S
THIRD MOTION FOR EXTENSION
OF TIME - 1

01        (3)     The Clerk is directed to send copies of this Order to petitioner, to the United

02  States Attorney, and to the Honorable James L. Robart.

03        DATED this <u>2nd</u> day of September, 2011.

05                                                       _____

06                                                    Mary Alice Theiler
                                                    United States Magistrate Judge

ORDER GRANTING PETITIONER'S
THIRD MOTION FOR EXTENSION
OF TIME - 2