UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STACY EARL STITH, )
)
    Petitioner, ) CASE NO. C11-359-JLR-MAT
)
v. )
) ORDER GRANTING PETITIONER'S
UNITED STATES OF AMERICA, ) THIRD MOTION FOR EXTENSION
) OF TIME
    Respondent. )
_____ )

    The Court, having considered petitioner's third motion for an extension of time to file a response to the government's answer to petitioner's § 2255 motion, and the balance of the record, does hereby find and ORDER:

    (1)    Petitioner's third motion for an extension of time to file a response (Dkt. No. 17) is GRANTED. Petitioner submitted his response together with his third motion for extension of time and that brief has been accepted for filing.

    (2)    Petitioner's § 2255 motion (Dkt. No. 1) is RE-NOTED on the Court's calendar for consideration on September 9, 2011. The government must file any reply brief by that date.

ORDER GRANTING PETITIONER'S
THIRD MOTION FOR EXTENSION
OF TIME - 1

01       (3)     The Clerk is directed to send copies of this Order to petitioner, to the United
02 States Attorney, and to the Honorable James L. Robart.

      DATED this <u>2nd</u> day of September, 2011.

                              Mary Alice Theiler
                              United States Magistrate Judge