FILED ENTERED
LODGED RECEIVED
FEB - 0 2012
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

11-CV-00359-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STACY EARL STITH, | CASE NO. C11-0359-JLR |
| Petitioner, | (CR07-337-JLR) |
| v. | |
| UNITED STATES OF AMERICA, | ORDER DENYING MOTION UNDER 28 U.S.C. § 2255 |
| Respondent. | |

The Court, having reviewed petitioner's motion under 28 U.S.C. § 2255, the briefing of the parties, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's motion under § 2255 (Dkt. No. 7) is DENIED and this action is DISMISSED with prejudice;

(3) In accordance with Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts, a certificate of appealability is DENIED; and

/ / /

ORDER DENYING MOTION
UNDER 28 U.S.C. § 2255
PAGE -1

01       (4)    The Clerk shall send copies of this Order to petitioner, to counsel for the

02 government, and to Judge Theiler.

03       DATED this 6th day of February, 2012.

                                  JAMES L. ROBART
                                  United States District Judge

ORDER DENYING MOTION
UNDER 28 U.S.C. § 2255
PAGE -2